UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Timothy N Hernandez<br>Angelique M Hernandez<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-17093<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation, that Section D1 of the debtors' plan is amended to require payments of:

$221 monthly for 13 months,

$556 monthly for 29 months and,

$1037 monthly for 18 months for total plan payments of $37,663.

Enter:

United States Bankruptcy Judge

Dated: **13 JUL 2018**

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko